# Steven R. McDonald, Chapter 7 Trustee

7300 S. 13th Street, Suite 201
Oak Creek, WI 53154
Telephone (414) 226-2200
Facsimile (414) 289-8384
smcdonald@mcdonaldlawllc.com

July 8, 2021

Clerk of the Court
United States Bankruptcy Court EDWI
United States Courthouse
**ATTN: Janet Medlock**
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202

Re: Transformation Temple, Inc., Case No. 19-21599-BEH

Dear Ms. Medlock:

I am the duly authorized and appointed trustee in the above-referenced Chapter 7 bankruptcy case. Enclosed please find Check No. 1016 in the amount of $26,023.85 for payment of unclaimed funds in this case. This check represents payment of the Debtor's surplus. The Debtor is an administratively dissolved §501(c)(3) tax exempt corporation. As this entity no longer exists, I cannot return funds to the Debtor. For this reason, I am forwarding the surplus funds to the Clerk's office as unclaimed funds. Please review the last page of the enclosed Trustee's Proposed Distribution report which identifies the amount of surplus to be disbursed. Also enclosed is a Notice to the Clerk of Unclaimed Dividends.

Attorney Richard Check represents the Debtor in this case, and he intends to file a claim for these funds on behalf of his client.

Very truly yours,

Steven R. McDonald
Trustee

Enclosures (3)

Cc: Richard A. Check, Esq.

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 19-21599-BEH
Case Name: TRANSFORMATION TEMPLE, INC.
Trustee Name: Steven R. McDonald

Balance on hand: $49,503.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | CITY OF MILWAUKEE | $23,235.55 | $23,235.55 | $23,235.55 | $0.00 |
| 4 | USB Leasing LT | $9,502.80 | $9,502.80 | $0.00 | $0.00 |
| 6 | Wisconsin Dept. of Revenue | $997.27 | $997.27 | $997.27 | $0.00 |
| 7 | National Loan Investors, L.P. | $158,822.50 | $158,822.50 | $158,822.50 | $0.00 |
| 8 | Barbara Robinson | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 |
| 10 | Ford Motor Credit Company LLC | $2,163.16 | $2,163.16 | $2,163.16 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $49,503.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Steven R. McDonald, Trustee Fees | $15,946.56 | $0.00 | $15,946.56 |
| Steven R. McDonald, Trustee Expenses | $392.89 | $0.00 | $392.89 |
| Other: Realtor for buyer, fees, Realtor for Trustee Fees | $6,360.00 | $6,360.00 | $0.00 |
| Other: Trustee's realtor, fees, Realtor for Trustee Fees | $9,540.00 | $9,540.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $16,339.45
Remaining balance: $33,164.09

UST Form 101-7-TFR (5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $33,164.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,207.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury | $3,132.68 | $0.00 | $3,132.68 |
| 11 | Wisconsin Department of Revenue | $1,074.46 | $0.00 | $1,074.46 |

Total to be paid to priority claims: $4,207.14
Remaining balance: $28,956.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,222.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Department of the Treasury | $545.06 | $0.00 | $545.06 |
| 3 | MILWAUKEE WATER WORKS | $3,605.98 | $3,605.98 | $0.00 |
| 5 | We Energies | $695.73 | $0.00 | $695.73 |
| 9 | United States Trustee | $976.21 | $0.00 | $976.21 |
| 11a | Wisconsin Department of Revenue | $400.00 | $0.00 | $400.00 |

Total to be paid to timely general unsecured claims: $2,617.00
Remaining balance: $26,339.95

UST Form 101-7-TFR (5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $26,339.95 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $26,339.95 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.55 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $316.10. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $26,023.85.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| In the matter of:<br><br>**TRANSFORMATION TEMPLE, INC.**<br><br>Debtor | Case No. **19-21599-BEH**<br><br>Chapter 7<br><br>Judge **BETH E. HANAN** |

## NOTICE TO THE CLERK OF UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $26,023.85 represents the total sum of unclaimed funds in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a). These funds are the Debtor's surplus after payment of all claims and interest. The Debtor is an administratively dissolved §501(c)(3) tax exempt corporation. The name and former address of the party entitled to those unclaimed funds are as follows:

| | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Transformation Temple, Inc.<br>5418 W. Burleigh Street<br>Milwaukee, WI 53210 | Adm13 | $26,023.85 |
| Total Unclaimed Dividends Over $25.00 | | $26,023.85 |

Dated: 07/08/2021

/s/ STEVEN R. MCDONALD
STEVEN R. MCDONALD
7300 S. 13TH STREET, SUITE 201
Oak Creek, WI 53154
Telephone : (414) 226-2200
Facsimile : (414) 289-8384

cc: U.S. Trustee